No. 93–6414. WILLIAMS *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–6415. WILLIAMS *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 93–6426. IBANEZ *v.* TERRITORY OF GUAM. C. A. 9th Cir. Certiorari denied.

No. 93–6432. SIMMONS *v.* ROBINSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–6433. REEL *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–6434. WILLIAMS *v.* WILSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–6443. GONZALEZ *v.* WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 93–6445. FLANDERS *v.* HURT, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–6454. DUENAS *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 93–6455. CALDWELL *v.* IVERS. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 93–6459. HOLLOWAY *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 93–6471. ELINE *v.* HAWAII. Sup. Ct. Haw. Certiorari denied.

No. 93–6472. JONES *v.* EDGAR, GOVERNOR OF ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 93–6473. JONES *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.